1  Fred W. Schwinn (SBN 225575)
2  Raeon R. Roulston (SBN 255622)
   CONSUMER LAW CENTER, INC.
3  12 South First Street, Suite 1014
   San Jose, California  95113-2418
4  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
5  Email Address: fred.schwinn@sjconsumerlaw.com

6  O. Randolph Bragg (IL Bar No. 6221983)
   HORWITZ, HORWITZ & ASSOCIATES, LTD.
7  25 East Washington Street, Suite 900
   Chicago, Illinois  60602-1716
8  Telephone Number: (312) 372-8822
   Facsimile Number: (312) 372-1673
9  Email Address: rand@horwitzlaw.com

10 Attorneys for Plaintiff
   ELLEN ANNETE GOLD
11

**Filed**

MAY 0 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*Fee paid*
*SI* (99)

12      **IN THE UNITED STATES DISTRICT COURT**
        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                    **SAN JOSE DIVISION**

E-filing

14 ELLEN ANNETE GOLD, on behalf of          Case No. **CV13-02019  HRL**
15 herself and all others similarly situated,

16                          Plaintiff,        **CLASS ACTION COMPLAINT**

17          v.                                **DEMAND FOR JURY TRIAL**

18 MIDLAND CREDIT MANAGEMENT,                 15 United States Code § 1692 *et seq*.
   INC., a Kansas corporation; and MIDLAND   California Civil Code § 1788 *et seq*.
19 FUNDING, LLC, a Delaware limited liability
   company,
20
21                          Defendants.

22        Plaintiff, ELLEN ANNETE GOLD, on behalf of herself and all others similarly situated

23 (hereinafter "Plaintiff" or Ms. Gold"), based on information and belief and investigation of counsel,

24 except for those allegations which pertain to the named Plaintiff or her attorneys (which are alleged on

25 personal knowledge), hereby makes the following allegations:

26                              **I. INTRODUCTION**

27        1.   This is a consumer class action brought pursuant to the Fair Debt Collection
28

---

Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA"), which prohibit debt collectors from engaging in abusive, deceptive and unfair practices. Plaintiff, ELLEN ANNETE GOLD, on behalf of herself and all persons similarly situated, seeks declaratory judgment and statutory damages against Defendants, MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND FUNDING, LLC, arising from their routine practice of sending collection notices, like the one sent to Ms. Gold, which misrepresented Defendants' ability to update, amend or otherwise improve the credit reporting of HSBC Bank Nevada, N.A.

## II. JURISDICTION

2. Subject matter jurisdiction of this Court arises under 28 U.S.C. § 1331, 1337, and 15 U.S.C. §1692k(d), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

3. This action arises out of Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

## III. VENUE

4. Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that Defendant transacts business in this judicial district and the violations of the FDCPA complained of occurred in this judicial district.

## IV. INTRADISTRICT ASSIGNMENT

5. This lawsuit should be assigned to the San Jose Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara

1 | County.

2 | ## V. PARTIES

3 |
4 |        6.    Plaintiff, ELLEN ANNETE GOLD, is a natural person residing in Santa Clara
5 | County, California. At all times material hereto, Ms. Gold and each member of the class she seeks to
6 | represent are each a "consumer" within the meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the
7 | meaning of Cal. Civil Code § 1788.2(h).

8 |        7.    Defendant, MIDLAND CREDIT MANAGEMENT, INC. (hereinafter "MCM"), is
9 | a Kansas corporation engaged in the business of collecting debts in this state with its principal place of
10 |
11 | business located at: 8875 Aero Drive, Suite 200, San Diego, California 92123. MCM may be served
12 | as follows: Midland Credit Management, Inc., c/o Corporation Service Company, 2710 Gateway Oaks
13 | Drive, Suite 150N, Sacramento, California 95833. The principal purpose of MCM is the collection of
14 | debts using the mails and telephone, and MCM regularly attempts to collect debts alleged to be due
15 | another. MCM is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code §
16 | 1788.2(c).
17 |

18 |        8.    MCM routinely sends collection notices in the form of the notice sent to Ms. Gold,
19 | which misrepresented Defendants' ability to update, amend or otherwise improve the credit reporting of
20 | HSBC Bank Nevada, N.A.

21 |        9.    Defendant, MIDLAND FUNDING, LLC (hereinafter "MIDLAND FUNDING"), is
22 | a Delaware limited liability company engaged in the business of collecting debts in this state with its
23 |
24 | principal place of business located at: 8875 Aero Drive, Suite 200, San Diego, California 92123.
25 | MIDLAND FUNDING may be served as follows: Midland Funding, LLC, c/o Corporation Service
26 | Company, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833. The principal
27 | purpose of MIDLAND FUNDING is the collection of debts using the mails and telephone, and
28 |

MIDLAND FUNDING regularly attempts to collect debts alleged to be due another. MIDLAND FUNDING is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

10.    MIDLAND FUNDING purchases consumer debt after it has fallen into default and engages MCM to send collection notices on its behalf in the form of the notice sent to Ms. Gold, which misrepresented Defendants' ability to update, amend or otherwise improve the credit reporting of HSBC Bank Nevada, N.A.

11.    Ms. Gold is informed and believes, and thereon alleges, that MIDLAND FUNDING is liable for the acts of MCM, because MIDLAND FUNDING engaged MCM to collect a consumer debt on its behalf and MIDLAND FUNDING directed the unlawful activities described herein.[1]

12.    At all times herein mentioned, each of the Defendants was an officer, director, agent, servant, employee and/or joint venturer of his/her co-defendants, and each of them, and at all said times, each Defendant was acting in the full course and scope of said office, directorship, agency, service, employment and/or joint venture. Any reference hereafter to "Defendants" without further qualification is meant by Plaintiff to refer to each Defendant, and all of them, named above.

## VI.  FACTUAL ALLEGATIONS

13.    On a date or dates unknown to Ms. Gold, she incurred a financial obligation, namely a consumer credit account issued by HSBC Bank Nevada, N.A. (hereinafter "the debt"). The debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code § 1788.2(f).

---

[1] See *Martinez v. Albuquerque Collection Services, Inc.*, 867 F.Supp. 1495 (D. N.M. 1994) and *Police v. National Tax Funding, L.P.*, 225 F.3d 379 (3d Cir. 2000).

14.    Ms. Gold is informed and believes, and thereon alleges, that sometime thereafter on a date unknown to her, the debt was consigned, placed or otherwise transferred to Defendants for collection from Ms. Gold.

15.    Thereafter, MCM sent, or caused to be sent, on behalf of MIDLAND FUNDING, a two page collection notice and "educational brochure" (Exhibit "1") to Ms. Gold which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

16.    The collection notice (Exhibit "1") is dated May 3, 2012.

17.    A true and accurate copy of the May 3, 2012, collection notice and "educational brochure" from MCM to Ms. Gold is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

18.    The collection notice (Exhibit "1") states that the "Current Owner" of the debt is "Midland Funding, LLC."

19.    The collection notice (Exhibit "1") states, in relevant part:

We can help you reduce your past due balance with HSBC Bank Nevada, N.A. and get your finances back on track.

20.    Plaintiff is informed and believes, and thereon alleges, that because the "Current Owner" of the debt was "Midland Funding, LLC" at the time the collection notice (Exhibit "1") was sent to Ms. Gold, there was no outstanding balance with HSBC Bank Nevada, N.A., to reduce.

21.    The collection notice (Exhibit "1") states, in relevant part:

Your credit report will be updated with each payment made, and once you've completed your agreed-upon payments to settle the account, your credit report will be updated as 'Paid in Full'!

22.    Plaintiff is informed and believes, and thereon alleges, that because the "Current Owner" of the debt was "Midland Funding, LLC" at the time the collection notice (Exhibit "1") was sent to Ms. Gold, Defendants could not alter the manner in which HSBC Bank Nevada, N.A., was

reporting the debt to the credit bureaus.

23.    The "educational brochure" enclosed with the collection notice (Exhibit "1") states, in relevant part:

> Having a good credit report is important . . . . We can help you get your finances back on track.

24.    Plaintiff is informed and believes, and thereon alleges, that because the "Current Owner" of the debt was "Midland Funding, LLC" at the time the "educational brochure" enclosed with the collection notice (Exhibit "1") was sent to Ms. Gold, Defendants could not alter the manner in which HSBC Bank Nevada, N.A., was reporting the debt to the credit bureaus.

### VII.  DEFENDANTS' ROUTINE PRACTICES

25.    It is the routine practice of Defendants to send, or cause to be sent, collection notices in the form of Exhibit "1" which violate 15 U.S.C. §§ 1692e, 1692e(5), 1692e(10) and Cal. Civil Code § 1788.17.

26.    It is and was the policy and practice of MIDLAND FUNDING to purchase consumer accounts in default and to engage MCM, acting as its agent, to collect those alleged debts.

27.    It is and was the policy and practice of Defendants to include in their collection notice (Exhibit "1") a statement that, "We can help you reduce your past due balance with HSBC Bank Nevada, N.A. and get your finances back on track."

28.    It is and was the policy and practice of Defendants to include in their collection notice (Exhibit "1") a statement that, "Your credit report will be updated with each payment made, and once you've completed your agreed-upon payments to settle the account, your credit report will be updated as 'Paid in Full'!"

29.    It is and was the policy and practice of Defendants to include in their collection notice (Exhibit "1") an "educational brochure" that contained the statement that, "Having a good credit

report is important . . . . We can help you get your finances back on track."

## VIII. CLASS ALLEGATIONS

30. This action is brought as a class action on behalf of a class defined as (i) all persons with addresses in California (ii) to whom Defendants sent, or caused to be sent, a notice in the form of Exhibit "1" containing an "educational brochure" (iii) in an attempt to collect an alleged debt originally owed to HSBC Bank (iv) which was primarily for personal, family, or household purposes (as shown by Defendants' records or the records of the original creditor), (v) which were not returned undeliverable by the U.S. Post Office (vi) during the period one year prior to the date of filing this action through the date of class certification.

31. Based on Defendants' use of form collection notices, the class is so numerous that joinder of all members is impractical.

32. There are questions of law and fact common to the class, which common questions predominate over any issues involving only individual class members. The principal question of fact is whether Defendants' collection notice and "educational brochure" in the form of Exhibit "1" was sent to a California address. The principal question of law is whether Defendants' collection notice and "educational brochure" in the form of Exhibit "1" violates 15 U.S.C. §§ 1692e, 1692e(5), 1692e(10) and/or Cal. Civil Code § 1788.17.

33. Ms. Gold's claims are typical of the class members. All are based on the same facts and legal theories.

34. Ms. Gold will fairly and adequately represent the interests of the class members. Ms. Gold has retained counsel experienced in class actions and debt collection abuse cases.

35. A class action is superior to other available methods for the fair and efficient adjudication of the controversy. Individual cases are not economically feasible.

36.     Certification of the Class under Rule 23(b)(3) of the Federal Rules of Civil Procedure is appropriate in that:

        a.     The questions of law or fact common to the members of the Class predominate over any questions affecting only individual members; and

        b.     A class action is superior to other available methods for the fair and efficient adjudication of the controversy.

37.     Certification of a class pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure is also appropriate.  Defendants have acted in a uniform manner toward the class, thereby making injunctive and declaratory relief appropriate.

38.     Ms. Gold requests the Court to certify a hybrid class combining the elements of Rule 23(b)(3) for monetary damages and Rule 23(b)(2) for equitable relief.

## IX.  CLAIMS

### FAIR DEBT COLLECTION PRACTICES ACT

39.     On behalf of herself and the classes she seeks to represent, Ms. Gold brings the first claim for relief against Defendants under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

40.     Ms. Gold incorporates all preceding paragraphs in this Complaint as though fully set forth herein.

41.     Ms. Gold is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

42.     Defendant, MCM, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

43.     Defendant, MIDLAND FUNDING, is a "debt collector" as that term is defined by

the FDCPA, 15 U.S.C. § 1692a(6).

44.    The financial obligation alleged to be owed by Ms. Gold is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

45.    Defendants have violated the FDCPA. The violations include, but are not limited to, the following:

      a.    Defendants sent Ms. Gold a collection notice and "educational brochure" in the form of Exhibit "1", which falsely, deceptively and misleadingly misrepresented that payment to Defendants would reduce the Ms. Gold's past due balance with HSBC Bank Nevada, N.A., in violation of 15 U.S.C. §§ 1692e, 1692e(5), and 1692e(10); and

      b.    Defendants sent Ms. Gold a collection notice and "educational brochure" in the form of Exhibit "1", which falsely, deceptively and misleadingly misrepresented that Defendants could alter the manner in which HSBC Bank Nevada, N.A., was reporting Ms. Gold's debt to the credit bureaus, in violation of 15 U.S.C. §§ 1692e, 1692e(5), and 1692e(10).

46.    Defendants' acts as described above were done intentionally with the purpose of coercing Ms. Gold to pay the debt.

47.    As a result of Defendants' violations of the FDCPA, Ms. Gold is entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C. § 1692k.

## ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

48.    On behalf of herself and the classes she seeks to represent, Ms. Gold brings the second claim for relief against Defendants under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

49.    Ms. Gold incorporates all preceding paragraphs in this Complaint as though fully set forth herein.

50.     Ms. Gold is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(h).

51.     Defendant, MCM, is a "debt collector" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(c).

52.     Defendant, MIDLAND FUNDING, is a "debt collector" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(c).

53.     The financial obligation alleged to be owed by Ms. Gold is a "consumer debt" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

54.     Defendants have violated the RFDCPA.  The violations include, but are not limited to, the following:

     a.     Defendants sent Ms. Gold a collection notice and "educational brochure" in the form of Exhibit "1", which falsely, deceptively and misleadingly misrepresented that payment to Defendants would reduce the Ms. Gold's past due balance with HSBC Bank Nevada, N.A., in violation of Cal. Civil Code § 1788.17;[2] and

     b.     Defendants sent Ms. Gold a collection notice and "educational brochure" in the form of Exhibit "1", which falsely, deceptively and misleadingly misrepresented that Defendants could alter the manner in which HSBC Bank Nevada, N.A., was reporting Ms. Gold's debt to the credit bureaus, in violation of Cal. Civil Code § 1788.17.[3]

55.     Defendants' acts as described above were done willfully and knowingly with the purpose of coercing Ms. Gold to pay the debt, within the meaning of Cal. Civil Code § 1788.30(b).

56.     As a result of Defendants' willful and knowing violations of the RFDCPA, Ms. Gold is entitled to an award of a statutory penalty in an amount not less than one hundred dollars ($100)

---

[2] 15 U.S.C. §§ 1692e, 1692e(5), and 1692e(10).
[3] 15 U.S.C. §§ 1692e, 1692e(5), and 1692e(10).

CLASS ACTION COMPLAINT

nor greater than one thousand dollars ($1,000) against each Defendant, pursuant to Cal. Civil Code § 1788.30(b).

57. As a result of Defendants' violations of the RFDCPA, Ms. Gold is entitled to an award of statutory damages in an amount not to exceed one thousand dollars ($1,000) against each Defendant, pursuant to Cal. Civil Code § 1788.17.[4]

58. As a result of Defendants' violations of the RFDCPA, Ms. Gold is entitled to an award of reasonable attorney's fees and costs, pursuant to Cal. Civil Code §§ 1788.30(c) and 1788.17.[5]

59. Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies that Ms. Gold may have under any other provision of law.

## VIII. REQUEST FOR RELIEF

Ms. Gold requests that this Court:

a) Assume jurisdiction in this proceeding;

b) Certify this litigation to proceed as a class action;

c) Declare that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692e, 1692e(5), and 1692e(10);

d) Declare that Defendants violated the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788.17;[6]

e) Award Plaintiff and the class members statutory damages in pursuant to 15 U.S.C. § 1692k(a)(2) and Cal. Civil Code § 1788.17;

f) Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civil Code § 1788.17; and

[4] 15 U.S.C.§ 1692k(a)(2)(A).
[5] 15 U.S.C.§ 1692k(a)(3).
[6] 15 U.S.C. §§ 1692e, 1692e(5), and 1692e(10).

g)  Award Plaintiff and the class such other and further relief as may be just and proper.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (IL Bar No. 6221983)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois  60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
ELLEN ANNETE GOLD

## CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

parties, there is no such interest to report.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, ELLEN ANNETE GOLD, hereby demands a trial by

jury of all triable issues of fact in the above-captioned case.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.



**mcm** Midland Credit Management, Inc.
8875 Aero Drive
Suite 200
San Diego, CA 92123

*We can help you
reduce your past due
balance with
HSBC Bank Nevada, N.A.
and get your finances
back on track.*

05-03-2012

Ellen A Gold
3790 El Camino Real # 200
Palo Alto, CA 94306-3314





Dear Ellen,

Your credit report can help you reach your goals — or it can hold you back. Your past due balance of $3,647.81 with HSBC Bank Nevada, N.A. is being reported to the credit reporting bureaus and remains a negative item on your credit report.

Reduce the amount you owe and resolve your bill with these 2 options:

**1** Make your payment by 06-02-2012 and receive 40% off
Your payment will be reduced to $2,188.69 if you pay it in full by 06-02-2012. That's 40% off your current balance due.

**2** Make 6 monthly payments and receive 20% off
Your payment will be reduced to $2,918.25 if you make 6 monthly payments of $486.37 by 06-02-2012. That's 20% off your current balance due.

If you are unable to make the payments required with the two options above, we may be able to set up payments as low as $50 each month to help you resolve this past due bill.

We can help you get back on track. When you call, our skilled Account Managers will help you find a solution that fits your budget and your timeline.

Don't miss this opportunity to reduce the amount you owe and resolve this past due bill. We look forward to assisting you.

Sincerely,

*N. Torres*

H. Torres
Division Manager

P.S. We've included a free educational brochure for you, *Why paying your bills is so important to a good credit report.*

Hours of Operation:
M – Th 6am – 7pm
Fri 6am – 5pm
Sat 6am – noon PST

ED05G

## Take your first steps towards repayment today!

* Once you make a payment, interest will stop being applied to your account

* You will save up to $1,459.12 if you choose Option 1

* Offer expiration date: 06-02-2012

* Your credit report will be updated with each payment made, and once you've completed your agreed-upon payments to settle the account, your credit report will be updated as 'Paid in Full'!

Current Balance: $3,647.81
Payment Due Date: 06-02-2012

Original Creditor:
HSBC Bank Nevada, N.A.
Original Account No.:
5440450051997611

Current Owner:
Midland Funding LLC
MCM Account No.:
8535726585

---

 Call:
(800) 282-2644

 Click:
www.midlandcreditonline.com

 Mail:
Payment coupon below

*PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.*

---

**Payment Coupon for:**

Ellen A Gold
3790 El Camino Real # 200
Palo Alto, CA 94306-3314

**PAYMENT DUE:**
**06-02-2012**

Account: 8535726585

**Amount Enclosed:**

$

☑ **Yes,** I want to reduce my past due bill with:

☐ **OPTION 1**
Make your payment by 06-02-2012 and receive 40% off

☐ **OPTION 2**
Make 6 monthly payments of $486.37 and receive 20% off

**If you're paying by check or money order:**
* Please make your check/money order payable to Midland Credit Management.
* Use the enclosed pre-paid envelope to send in your payment to:
PO Box 60578, Los Angeles CA 90060-0578

**If you'd like to pay with a credit or debit card:**
* Please call (800) 282-2644

**If you'd like to set up a different payment option**
* Please call (800) 282-2644. We can help you set up a monthly payment plan of as low as $50 each month to resolve this past due bill.

**EXHIBIT**
**1**

12 8535726585 0 0218869 060212 9

A124 ED01

Important Disclosure Information.

**Please understand this is a communication from a debt collector.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

Calls to and/or from this company may be monitored or recorded.

**MAIL PAYMENTS TO:** P.O. Box 60578, Los Angeles, CA 90060-0578

**MAIL CORRESPONDENCE BUT NO PAYMENTS TO:**  MCM's business address at 8875 Aero Drive, Suite 200, San Diego, CA 92123

**We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law:**

**IF YOU LIVE IN CALIFORNIA, THIS APPLIES TO YOU:**
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or <http://www.ftc.gov>.

"Nonprofit credit counseling services may be available in the area."

**IF YOU LIVE IN COLORADO, THIS APPLIES TO YOU:**
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE **WWW.COLORADOATTORNEYGENERAL.GOV/CA**

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer.  A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Midland Credit Management has a Colorado office with the following address and toll-free number: 7807 East Peakview Avenue, Centennial, CO 80111-6849. Toll-free 1-866-796-8300.

**Only physical in-person payments may be accepted at this office location. All payments made via mail should be sent to the following address:** P.O. Box 60578, Los Angeles, CA 90060-0578

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU:**
NOTICE OF IMPORTANT RIGHTS:  YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT.  ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POST MARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST.  YOU MAY TERMINATE THIS REQUEST BY WRITING TO MIDLAND CREDIT MANAGEMENT, INC.

**IF YOU LIVE IN MINNESOTA, THIS APPLIES TO YOU:** This collection agency is licensed by the Minnesota Dept. of Commerce.

**IF YOU LIVE IN NEW YORK CITY, THIS APPLIES TO YOU:** New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, and #3777. Midland Credit Management, Inc. 8875 Aero Drive, Suite 200, San Diego, CA 92123

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**IF YOU LIVE IN UTAH, THIS APPLIES TO YOU:** As required by Utah law, you are hereby notified that a negative report on your credit record may be submitted to a credit reporting agency if you fail to meet the terms of your credit obligations.

**IF YOU LIVE IN WYOMING, THIS APPLIES TO YOU:** As required by law, you are hereby notified that a negative report on your credit record may be submitted to a credit reporting agency if you fail to meet the terms of your credit obligations.



Call **800-282-2644** and find
out how we can help you.

Learn more about our services online at
**www.midlandcreditonline.com**

©2010 Midland Credit Management  All rights reserved.        ED-IN01

# Why paying your bills is so important to a good credit report

Your credit score is key to getting
the credit you need throughout life.



## Having a good credit report is important when you want to:

- **Rent or buy a home** - Landlords and mortgage companies may review your credit report to see if you have an established behavior of making your payments on time every month.

- **Set up utilities or phone service** – A good credit history may be required for services like cable, water, phone or gas and electric.

- **Apply for a credit card** - Access to the convenience and spending power that comes with a credit card may depend on your credit history.

- **Get a loan** - When you need a mortgage or personal loan, financial institutions may base their decision on your credit history.

- **Start a business** – Your credit history may help you get financing to start a business.

We can help you get your finances back on track. Call us at 800-282-2644.

## How your credit score is calculated

Lenders review your credit score to get a snapshot of your credit risk. These five criteria are used to calculate your FICO credit score:



*Payment history counts for 35% of your score. Paying bills on time has a positive influence on your score.*

1) **Your payment history** - Whether or not you've made on-time payments has the most impact on your score.

2) **What you owe** - Owing a lot or being near your credit limit on multiple accounts negatively impacts your score.

3) **Length of your credit history** - Reviewers want to see you can responsibly manage credit accounts over time.

3) **New credit** - Opening multiple new credit accounts can be a greater risk for lenders.

5) **Types of credit** - A balanced mix of different types of credit can help improve your score.

*Source: myFICO.com*

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
ST. CLOUD, MN
PERMIT NO. 725

*FIRST CLASS*

*Time Sensitive Documents*

PO Box 720
Sauk Rapids, MN 56379-0720

05-03-2012

Ellen A Gold
3790 El Camino Real # 200
Palo Alto, CA 94306-3314