TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
CHRISTOPHER M. SPAIN (SBN 265465)
cspain@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Defendants
Midland Credit Management, Inc.
and Midland Funding, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELLEN ANNETE GOLD, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; and MIDLAND FUNDING, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO.: 5:13-cv-02019-HRL<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of |
| 2 | record for defendants MIDLAND CREDIT MANAGEMENT, INC. and MIDLAND |
| 3 | FUNDING, LLC ("Defendants") certifies that the following persons, association of |
| 4 | person, firms, partnerships, corporations (including parent corporation) or other |
| 5 | entities have pecuniary interest in the outcome of this case. |

1. Midland Credit Management, Inc., a Kansas Corporation;
2. Midland Funding, LLC, a Delaware limited liability company; and
3. Encore Capital Group, Inc., a publicly-held Delaware corporation which trade on NASDAQ under the symbol "ECPG."

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: June 11, 2013

SIMMONDS & NARITA LLP
TOMIO B. NARITA
CHRISTOPHER M. SPAIN


By:   s/Christopher M. Spain
Christopher M. Spain
Attorneys for Defendants
Midland Credit Management, Inc.
and Midland Funding, LLC