| | |
|---|---|
| 1 | TOMIO B. NARITA (SBN 156576) |
| | tnarita@snllp.com |
| 2 | CHRISTOPHER M. SPAIN (SBN 265465) |
| | cspain@snllp.com |
| 3 | SIMMONDS & NARITA LLP |
| | 44 Montgomery Street, Suite 3010 |
| 4 | San Francisco, CA 94104-4816 |
| | Telephone: (415) 283-1000 |
| 5 | Facsimile: (415) 352-2625 |
| 6 | Attorneys for Defendants |
| | Midland Credit Management, Inc. |
| 7 | and Midland Funding, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ELLEN ANNETE GOLD, on behalf of herself and all others similarly situated,

   Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; and MIDLAND FUNDING, LLC, a Delaware limited liability company,

   Defendants.

CASE NO.:3:13-cv-02019-WHO

**STIPULATION AND ORDER RESETTING MEDIATION COMPLETION DATE**

---

GOLD, ET AL. v. MIDLAND CREDIT MANAGEMENT, INC. ET AL.  (CASE NO.: 5:13-cv-02019-WHO)
STIPULATION RE MEDIATION COMPLETION DATE

Plaintiff Ellen Annete Gold ("Plaintiff"), on behalf of herself and the alleged class, and defendants Midland Credit Management, Inc. ("MCM") and Midland Funding, LLC ("MF," collectively "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on July 30, 2013, this Court established October 28, 2013 as the mediation completion date in this matter (*see* Docket 21);

WHEREAS, the ADR Department has experienced some difficulties in locating a mediator for the action and has not yet assigned a mediator;

WHEREAS, upon further analysis by the parties, in conjunction with a representative of the ADR Department, the parties have concluded that this case likely will not be suitable for a productive mediation session until after the plaintiff has filed her motion for class certification and after Defendants have filed their motion for summary judgment;

WHEREAS, the deadline for hearing motions in this matter is July 2, 2014;

IT IS THEREFORE STIPULATED AND AGREED BY THE PARTIES that the Court is requested to vacate the current mediation completion deadline and to reset the deadline for August 29, 2014.

DATED: October 23, 2013

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR
CHRISTOPHER M. SPAIN

By:  s/Tomio B. Narita
Tomio B. Narita
Attorneys for Defendants
Midland Credit Management, Inc.
and Midland Funding, LLC

GOLD, ET AL. v. MIDLAND CREDIT MANAGEMENT, INC. ET AL. (CASE NO.: 5:13-cv-02019-WHO)
STIPULATION RE MEDIATION COMPLETION DATE

1

| | | |
|---|---|---|
| 1 | DATED:  October 23, 2013 | CONSUMER LAW CENTER, INC.<br>FRED W. SCHWINN<br>RAEON R. ROULSTON |

By:  s/Fred W. Schwinn
Fred W. Schwinn
Attorneys for Plaintiff
Ellen Annete Gold

The Court, having reviewed the stipulation of the parties, and good cause appearing, it is hereby ORDERED that the mediation completion deadline in this matter is VACATED and is reset for August 29, 2014.

SO ORDERED.

Dated:  October 29, 2013

_____
Honorable William H. Orrick

GOLD, ET AL. v. MIDLAND CREDIT MANAGEMENT, INC. ET AL.  (CASE NO.: 5:13-cv-02019-WHO)
STIPULATION RE MEDIATION COMPLETION DATE

2