Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (Pro Hac Vice)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois  60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
ELLEN ANNETE GOLD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLEN ANNETE GOLD, on behalf of himself and all others similarly situated,<br><br>                 Plaintiffs,<br><br>  v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; and MIDLAND FUNDING, LLC, a Delaware limited liability company,<br><br>                 Defendants. | Case No. 3:13-CV-02019-WHO<br><br>**LIMITED OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION RE DISCOVERY ORDER (DOC. NO. 41)** |

COMES NOW Plaintiff, ELLEN ANNETTE GOLD (hereinafter "GOLD"), by and through counsel, and hereby submits her limited opposition to <u>Defendants' Motion for Leave to File Motion for Reconsideration Re Discovery Order (Doc. No. 41)</u>.

**LIMITED OPPOSITION**

**1.  GOLD does not oppose an extension of Defendants' compliance date to March 7, 2014**

As a threshold matter, GOLD does not oppose Defendants' request for an extension of the

deadline for Defendants to comply with the Court's discovery Order from February 26, 2014, to March 7, 2014.  However, the Court should otherwise deny Defendants' Motion, for the reasons stated below.

### 2. Further meet and confer efforts will not resolve the parties' dispute

Defendants sought a stipulation regarding net worth.  Plaintiff tried to come to an agreement, but Defendants overreached and no agreement could be reached.  Simply put, Plaintiff is entitled to Defendants' net worth information, and Defendants should produce their financial statements as ordered by the Court.  *Trevino v. ABC Am., Inc.*, 232 F.R.D. 612, 617 (N.D. Cal. 2006).

Class size is such an elementary part of a class action that this information should have been included in Defendants' Rule 26(a)(1) initial disclosures.  The Court is aware of Defendants' repeated delays as this information was requested in August 2013, more than six months ago.  There is nothing further to meet and confer about regarding class size.  Defendants should run their query and provide Plaintiff with the number.

Regarding both the net worth documents and the Purchase Agreement, the Court noted that there is already a protective order in place.  Defendants should indicate what is confidential, and produce the documents pursuant to the Court's Discovery Order.

### 3. Defendants are gaming the meet and confer process

As the Court recognizes, Defendants have impermissibly delayed producing elementary discovery for more than six months.  This Motion is yet another attempt to do so, and should not be countenanced by the Court.  As shown above, further meet and confer efforts, in person or otherwise, would be futile and only delay the exchange of readily available information and documents.  Moreover, if Defendants' counsel considered it crucial to meet and confer in person, he could have accepted the invitation to do so in Plaintiff's counsel's San Jose office, instead of drafting this ill-conceived Motion seeking to further delay Plaintiff's discovery efforts.

**CONCLUSION**

The discovery cutoff in this case is April 30, 2014. The discovery that the Court ordered with the Discovery Order (Doc. 41) is necessary for Plaintiff's Motion for Class Certification and has been pending for 6 months. Plaintiff's counsel are sensitive to Defendants' counsels' calendar. As such, Plaintiff does not oppose an extension to March 7, 2014, of the deadline for Defendants to produce the class size, the net worth documents, and the Purchase Agreement as ordered by the Court. However, the Court should see this Motion for the delaying tactic that it is, and otherwise deny it.

CONSUMER LAW CENTER, INC.

Dated: February 21, 2014

By: /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (Pro Hac Vice)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois  60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
ELLEN ANNETE GOLD