UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN ANNETE GOLD,<br><br>    Plaintiff,<br><br>  v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-02019-WHO (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 41, 42 |

On February 20, 2014, the Court issued a Discovery Order regarding a joint letter submitted by the parties. Order, Dkt. No. 41. However, the Order was issued before the parties had met and conferred in person, and it now appears that they may be able to resolve most, if not all of the issues raised in the Order. Dkt. No. 42. Accordingly, the Court will hold the February 20 Order in abeyance pending the outcome of the parties informal resolution efforts. The parties shall meet and confer in person by March 10, 2014. If any disputes remain, the parties shall file a joint letter in compliance with the undersigned's Discovery Standing Order.

**IT IS SO ORDERED.**

Dated: February 28, 2014

                                      MARIA-ELENA JAMES
                                      United States Magistrate Judge