Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (Pro Hac Vice)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
ELLEN ANNETE GOLD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLEN ANNETE GOLD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; and MIDLAND FUNDING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:13-CV-02019-WHO<br><br>**STIPULATION REGARDING DEFENDANTS' NET WORTH AND [PROPOSED] ORDER** |

Plaintiff, Ellen Annete Gold ("Plaintiff"), on behalf of herself and a certain alleged class identified in Case No. 5:13-CV-02019-WHO in the United States District Court for the Northern District of California, and Defendants, Midland Credit Management, Inc. ("MCM") and Midland Funding, LLC ("MF," collectively "Defendants"), by and through their respective counsel, hereby stipulate and agree, for the sole purposes of this action ("the Subject Action") only, as follows:

1. For purposes of this action only, the parties stipulate that one percent of the net worth of each Defendant in this case exceeds the maximum statutory damages that are available to a class under section 1788.17 of the Rosenthal Act and section 1692k(a)(2)(B) of the FDCPA.

2. Plaintiff hereby withdraws all pending discovery undertaken in the Subject Action regarding the net worth of the Defendants, as follows: Request for Production of Documents Nos. 17, 22 through 27, Interrogatory Nos. 8 and 9, Request for Admissions Nos. 22 through 25. The parties do not anticipate that there will be future discovery undertaken with regard to the financial relationship between and among Encore Capital Group, Inc., MCM, MF and/or any other entities owned by Encore Capital Group, Inc., or subsidiaries or affiliates thereof.

3. This Stipulation may be used in the Subject Action only and cannot be used for any other purpose or in any other case.

oo0oo

IT IS SO STIPULATED.

                                                CONSUMER LAW CENTER, INC.

Dated: March 12, 2014                By: /s/ Fred W. Schwinn
                                                  Fred W. Schwinn, Esq.
                                                  Attorney for Plaintiff
                                                  ELLEN ANNETE GOLD


                                                SIMMONDS & NARITA, LLP

Dated: March 12, 2014                By: /s/ Tomio B. Narita
                                                  Tomio B. Narita, Esq.
                                                  Attorney for Defendants
                                                 MIDLAND CREDIT MANAGEMENT,
                                                 INC., and MIDLAND FUNDING, LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                                The Honorable William H. Orrick
                                               United States District Judge