1  Fred W. Schwinn (SBN 225575)
   Raeon R. Roulston (SBN 255622)
2  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 1014
3  San Jose, California  95113-2418
   Telephone Number: (408) 294-6100
4  Facsimile Number: (408) 294-6190
   Email Address: fred.schwinn@sjconsumerlaw.com
5

6  O. Randolph Bragg (Pro Hac Vice)
   HORWITZ, HORWITZ & ASSOCIATES, LTD.
7  25 East Washington Street, Suite 900
   Chicago, Illinois  60602-1716
8  Telephone Number: (312) 372-8822
   Facsimile Number: (312) 372-1673
9  Email Address: rand@horwitzlaw.com

10 Attorneys for Plaintiff
   ELLEN ANNETE GOLD
11

12
             IN THE UNITED STATES DISTRICT COURT
13           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
14

15 | ELLEN ANNETE GOLD, on behalf of himself and all others similarly situated, | Case No. 3:13-CV-02019-WHO |

16 **STIPULATION REGARDING DEFENDANTS' NET WORTH AND [PROPOSED] ORDER**

17         Plaintiffs,
           v.
18
   MIDLAND CREDIT MANAGEMENT, INC.,
19 a Kansas corporation; and MIDLAND
   FUNDING, LLC, a Delaware limited liability
20 company,

21         Defendants.

22      Plaintiff, Ellen Annete Gold ("Plaintiff"), on behalf of herself and a certain alleged class

23 identified in Case No. 5:13-CV-02019-WHO in the United States District Court for the Northern

24 District of California, and Defendants, Midland Credit Management, Inc. ("MCM") and Midland

25 Funding, LLC ("MF," collectively "Defendants"), by and through their respective counsel, hereby

26 stipulate and agree, for the sole purposes of this action ("the Subject Action") only, as follows:

27

28

- 1 -
STIPULATION REGARDING DEFENDANTS' NET WORTH                Case No. 3:13-CV-02019-WHO

1. For purposes of this action only, the parties stipulate that one percent of the net worth of each Defendant in this case exceeds the maximum statutory damages that are available to a class under section 1788.17 of the Rosenthal Act and section 1692k(a)(2)(B) of the FDCPA.

2. Plaintiff hereby withdraws all pending discovery undertaken in the Subject Action regarding the net worth of the Defendants, as follows: Request for Production of Documents Nos. 17, 22 through 27, Interrogatory Nos. 8 and 9, Request for Admissions Nos. 22 through 25.  The parties do not anticipate that there will be future discovery undertaken with regard to the financial relationship between and among Encore Capital Group, Inc., MCM, MF and/or any other entities owned by Encore Capital Group, Inc., or subsidiaries or affiliates thereof.

3. This Stipulation may be used in the Subject Action only and cannot be used for any other purpose or in any other case.

oo0oo

IT IS SO STIPULATED.

                                     CONSUMER LAW CENTER, INC.

Dated: March 12, 2014            By: /s/ Fred W. Schwinn
                                        Fred W. Schwinn, Esq.
                                        Attorney for Plaintiff
                                        ELLEN ANNETE GOLD


                                   SIMMONDS & NARITA, LLP

Dated: March 12, 2014            By: /s/ Tomio B. Narita
                                        Tomio B. Narita, Esq.
                                        Attorney for Defendants
                                        MIDLAND CREDIT MANAGEMENT,
                                        INC., and MIDLAND FUNDING, LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 24, 2014                                                       
                                        The Honorable William H. Orrick
                                        United States District Judge