United States District Court
Northern District of California

1

2

3                     UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5                           SAN JOSE DIVISION

6

7   ELLEN ANNETE GOLD,                    Case No.  13-cv-02019-BLF

              Plaintiff,

8                                         **CASE MANAGEMENT ORDER**

9           v.

10  MIDLAND CREDIT MANAGEMENT,
    INC., et al.,

11            Defendants.

12

13        On 05/13/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case

14  Management Conference.

15        IT IS HEREBY ORDERED that the following schedule shall apply in this case:

16

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 10/02/2014 at 9:00 am |
| Final Pretrial Conference | 11/20/2014 at 2:30 pm |
| Trial | 12/08/2014 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2  are referred to the assigned Magistrate Judge.

3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4  orders, which are available on the Court's website and in the Clerk's Office.

5    IT IS FURTHER ORDERED THAT the Deadline to file Motion for Class Certification is

6  08/07/2014.

7

8  Dated:  May 14, 2014

9  _____

10  BETH LABSON FREEMAN
   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2