1  Fred W. Schwinn (SBN 225575)
   Raeon R. Roulston (SBN 255622)
2  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 1014
3  San Jose, California  95113-2418
   Telephone Number: (408) 294-6100
4  Facsimile Number: (408) 294-6190
   Email Address: fred.schwinn@sjconsumerlaw.com
5
6  O. Randolph Bragg (Pro Hac Vice)
   HORWITZ, HORWITZ & ASSOCIATES, LTD.
7  25 East Washington Street, Suite 900
   Chicago, Illinois  60602-1716
8  Telephone Number: (312) 372-8822
   Facsimile Number: (312) 372-1673
9  Email Address: rand@horwitzlaw.com

10 Attorneys for Plaintiff
   ELLEN ANNETTE GOLD
11

12                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                         SAN JOSE DIVISION

14 | ELLEN ANNETTE GOLD, on behalf of herself and all others similarly situated, | Case No. 5:13-CV-02019-BLF |
15 | | |
16 | Plaintiff, | **NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DISCOVERY RESPONSES AND PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION IN RESPONSE TO PLAINTIFF'S DISCOVERY REQUESTS** |
17 | v. | |
18 | MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; and MIDLAND FUNDING, LLC, a Delaware limited liability company, | |
19 | | |
20 | Defendants. | [Fed. R. Civ. P. 37(a) & Civil L.R. 37] |
21 | | Hearing Date: July 10, 2014 |
22 | | Hearing Time: 9:00 a.m. |
   | | Hearing Judge: Beth Labson Freeman |
23 | | Hearing Courtroom: 3, 5th Floor |
   | | Hearing Place: 280 South First Street |
24 | | San Jose, California |

25       TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

26       PLEASE TAKE NOTICE that on July 10, 2014, at 9:00 a.m. or as soon thereafter as counsel

27 may be heard before the Honorable Beth Labson Freeman, United States District Judge, in the United

28

States District Court for the Northern District of California, San Jose Division, located at 280 South First Street, San Jose, California, Plaintiff, ELLEN ANNETTE GOLD ("GOLD"), will move the Court for an order compelling Defendant, MIDLAND CREDIT MANAGEMENT, INC. ("MCM"), to make complete responses and produce all documents and electronically stored information in its possession, custody or control responsive to GOLD's discovery requests, pursuant to Fed. R. Civ. P. 37(a) and Civil L.R. 37-2.

This motion is made pursuant to Fed. R. Civ. P. 37(a) and Civil L.R. 37-2 on the grounds that MCM has failed and refused to provide complete discovery responses or responsive documents and ESI in its possession, custody or control which are responsive to GOLD's discovery requests, despite efforts by GOLD to informally resolve this dispute.

This motion is based on this <u>Notice of Motion and Motion to Compel Discovery Responses</u>, the <u>Declaration of Fred W. Schwinn in Support of Motion to Compel Discovery Responses</u>, the <u>Memorandum of Points and Authorities in Support of Motion to Compel Discovery Responses</u> filed herewith, and such other evidence, argument, and authorities which may be presented at or prior to the hearing before this Court on this Motion, and such other and further matters of which this Court may take judicial notice.

                                                CONSUMER LAW CENTER, INC.

Dated: June 5, 2014                     By: /s/ Fred W. Schwinn
                                                  Fred W. Schwinn (SBN 225575)
                                                  CONSUMER LAW CENTER, INC.
                                                  12 South First Street, Suite 1014
                                                  San Jose, California  95113-2418
                                                  Telephone Number: (408) 294-6100
                                                  Facsimile Number: (408) 294-6190
                                                  Email Address: fred.schwinn@sjconsumerlaw.com

                                                  Attorney for Plaintiff
                                                  ELLEN ANNETTE GOLD