Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (Pro Hac Vice)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
ELLEN ANNETE GOLD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLEN ANNETE GOLD, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; and MIDLAND FUNDING, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　Defendants. | Case No. 3:13-CV-02019-WHO<br><br>**PLAINTIFF'S SECOND SET OF INTERROGATORIES PROPOUNDED TO DEFENDANT, MIDLAND CREDIT MANAGEMENT, INC.** |

TO:　　Midland Credit Management, Inc.
　　　　c/o Tomio B. Narita
　　　　Simmonds & Narita, LLP
　　　　44 Montgomery Street, Suite 3010
　　　　San Francisco, CA 94104-4816

EXHIBIT A

COMES NOW Plaintiff, ELLEN ANNETE GOLD, and pursuant to Rule 33 of the Federal Rules of Civil Procedure propounds the following interrogatories to Defendant, MIDLAND CREDIT MANAGEMENT, INC., to be answered fully and under oath within thirty (30) days of service hereof.

---
- 1 -

SECOND SET OF INTERROGATORIES　　　　　　　　　　　　　　　　Case No. 3:13-CV-02019-WHO

## INSTRUCTIONS

A.  Defendant is hereby required to answer in writing, under oath within 30 days in accordance with Rule 33 of the Federal Rules of Civil Procedure, the Interrogatories attached hereto.

B.  In answering the Interrogatories, furnish all information in the possession of you, your agents, your employees, your attorneys, and investigators for your attorneys.

C.  If you are currently without information necessary to respond to any Interrogatory or Document Request, such Interrogatory or Document Request shall be deemed to require a reasonable investigation.

D.  If you cannot answer an Interrogatory in full after exercising due diligence to secure the information to do so, state the answer to the extent possible, specifying your inability to answer the remainder, setting forth the facts surrounding your investigation, describing whatever information or knowledge you have concerning the unanswered portion, and identifying who else might have the information sought.

E.  If you withhold any requested information on the basis of privilege, please so state, and for each such request or document provide:

   (1)  The nature of the privilege(s) claimed;

   (2)  The form in which the information exists and the person(s) who has knowledge of it;

   (3)  The general subject matter of the material.

F.  When an Interrogatory requests data that can be provided as a computer database or spreadsheet file, Plaintiff requests that the file be copied to a disk in one of the following formats in descending order of preference: PDF, ODF or TIFF.

G.  The plural of any word shall include the singular form of that word and vice versa.

H. The masculine form of a word shall include the feminine form of that word and vice versa.

I. These Interrogatories are to be considered continuing, and supplemental answers must be filed by Defendant upon discovering or becoming aware of information rendering prior answers or any part thereof inaccurate, incomplete or untrue.

J. Please sign the verification and mailing certificate attached to your Answers.

K. Unless otherwise stated, the relevant time period is May 2, 2012, to the present.

## DEFINITIONS

A. The terms "YOU" or "YOUR" shall mean MIDLAND CREDIT MANAGEMENT, INC., and all persons acting on behalf of such party, including but not limited to all past or present employees, agents, servants, investigators, attorneys or other representatives.

B. A request to "DESCRIBE" any oral statement or communication is a request to state:

1. The name, present address, and telephone number of each individual making such statement or communication.

2. The name of any principal or employer that such individual was thereby representing and the position in which such individual was then employed or engaged by such principal or employer.

3. The name, present address, and telephone number of the individual or individuals to whom the oral statement or communication was made, and the name of any principal or employer that such individual or individuals were representing at the time of and in connection with such oral statement or communication, as well as the employment position in which they were then employed or engaged.

4. The names, present addresses, and telephone numbers of any other individuals

present when such oral statement or communication was made or who heard or acknowledged hearing the same.

    5.  The place where such oral statement or communication was made.

    6.  A brief description of the contents of such oral statement or communication.

  C.  The term "PERSON" shall include a natural person, partnership, corporation, joint venture, association, or other group however organized.

  D.  The terms "DOCUMENT" and "DOCUMENTS" are used in the broadest sense under the Federal Rules of Civil Procedure and refer to and include all written, printed, typed, recorded, electronic, and graphic matter of every kind, nature and description, both originals and copies, and all attachments and appendices thereto. "DOCUMENT" also includes drafts and revisions of any of the foregoing, and any exhibits, riders, attachments, supplements, and appendices to the foregoing.

  E.  The term "ELECTRONICALLY SAVED INFORMATION" or "ESI" refers to all information of all kinds maintained by electronic data processing systems including all non-identical copies of such information. ESI includes, but not limited to, computer programs (whether private, commercial or work in progress), programming notes or instructions, and input and/or output used or produced by any software program or utility, including electronic mail messages and all information referencing or relating to such message anywhere on the computer systems, word processing documents and all information stored in connection with such documents, electronic spreadsheet, databases including all records and fields and structural information, charts, graphs and outlines, arrays of information and all other information used or produced by any software, operating systems, password, source code of all types, programming languages, linkers and compilers, peripheral drivers, PIFs, PDFs, GIFs, batch files, any and all ASCII files, and all miscellaneous files and/or file fragments, regardless of the media on which they reside and regardless of whether said ESI consists in an active file, deleted file

or file fragments. The term ESI also includes the file, folder tabs and/or containers and labels appended to, or associated with, any physical storage device associated with the information described above. ESI subject to production includes information stored on both personal and company-issued or owned desktop or laptop computers, PDA (include Blackberries, Treos, Palm Pilots, iPhones and other functional equivalents), cellular phones, databases, hard drives, servers, back-up tapes, archival tapes, voice mail memories, website log files, hard discs, floppy disks, CD-ROMs, and any other means or vehicle or ESI storage and/or transmittal.

F. Whenever a request is made to "IDENTIFY" a natural person, it shall mean to supply all of the following information:

1. His/her full name.

2. His/her employer and position at the time.

3. The name of any person or entity (natural or artificial) whom she/he claimed to have represented in connection with the matter to which the interrogatory relates.

4. His/her last known address, telephone number, and employer.

5. His/her present employer.

G. Whenever a request is made to "IDENTIFY" a DOCUMENT, it shall mean to supply all of the following information:

1. The identity of the person or agency preparing the DOCUMENT.

2. The identity of the person who signed the DOCUMENT or over whose name it was issued.

3. The identity of each person to whom the DOCUMENT was addressed or distributed.

4. The nature or substance of the DOCUMENT with sufficient particularity to

enable it to be identified.

    5.  The DOCUMENT's date, and if it bears no date, the date when it was prepared.

    6.  The DOCUMENT's physical location and the name of its custodian(s).

  H.  A request to "EXPLAIN FULLY" any answer, denial or claim is a request (insofar as may be applicable) to state fully and specifically each fact and/or contention in support of your answer, denial or claim.

  I.  The terms "Plaintiff" or "Ms. Gold" mean Plaintiff, ELLEN ANNETTE GOLD.

  J.  The term "MCM" means Defendant, MIDLAND CREDIT MANAGEMENT, INC.

  K.  The term "MIDLAND FUNDING" means Defendant, MIDLAND FUNDING, LLC.

  L.  The term 'Exhibit "1"' means Exhibit "1" attached to the Complaint herein.

  M.  The term "Educational Brochure" means the Educational Brochure contained in Exhibit "1."

  N.  "Defendants" means MCM and MIDLAND FUNDING.

## INTERROGATORIES

Plaintiff hereby requests that Defendants, MIDLAND CREDIT MANAGEMENT, INC., respond to the following interrogatories:

**INTERROGATORY NO. 1:** State the number, names and addresses of all California residents to whom collection notices in the form of Exhibit "1" were sent regarding a debt alleged to be originally owed to any creditor other than HSBC Bank Nevada, N.A., from May 2, 2012, through the present.

**INTERROGATORY NO. 2:** Please state the total amount in dollars collected as a result of YOUR mailing collection notices in the form of Exhibit "1" to anyone, from May 2, 2012, through the present.

CONSUMER LAW CENTER, INC.

Dated: March 14, 2014        By: _____
                             Fred W. Schwinn, Esq.
                             Attorney for Plaintiff
                             ELLEN ANNETE GOLD

## CERTIFICATE OF SERVICE

The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct copy of the above and foregoing document to be deposited in the United States mail, postage prepaid, addressed to the following:

 Tomio B. Narita
 Simmonds & Narita, LLP
 44 Montgomery Street, Suite 3010
 San Francisco, CA  94104-4816

on this, the 14th day of March, 2014.

_____
Fred W. Schwinn



Midland Credit Management, Inc.
8875 Aero Drive
Suite 200
San Diego, CA 92123

*We can help you reduce your past due balance with HSBC Bank Nevada, N.A. and get your finances back on track.*

05-03-2012

Ellen A Gold
3790 El Camino Real # 200
Palo Alto, CA 94306-3314





Dear Ellen,

Your credit report can help you reach your goals — or it can hold you back. Your past due balance of $3,647.81 with HSBC Bank Nevada, N.A. is being reported to the credit reporting bureaus and remains a negative item on your credit report.

Reduce the amount you owe and resolve your bill with these 2 options:

 **Make your payment by 06-02-2012 and receive 40% off**
Your payment will be reduced to $2,188.69 if you pay it in full by 06-02-2012. That's 40% off your current balance due.

 **Make 6 monthly payments and receive 20% off**
Your payment will be reduced to $2,918.25 if you make 6 monthly payments of $486.37 by 06-02-2012. That's 20% off your current balance due.

If you are unable to make the payments required with the two options above, we may be able to set up payments as low as $50 each month to help you resolve this past due bill.

We can help you get back on track. When you call, our skilled Account Managers will help you find a solution that fits your budget and your timeline.

Don't miss this opportunity to reduce the amount you owe and resolve this past due bill. We look forward to assisting you.

Sincerely,

H. Torres
Division Manager

P.S. We've included a free educational brochure for you, *Why paying your bills is so important to a good credit report.*

Hours of Operation:
M – Th 6am – 7pm
Fri 6am – 5pm
Sat 6am – noon PST

**Take your first steps towards repayment today!**

- Once you make a payment, interest will stop being applied to your account

- You will save up to $1,459.12 if you choose Option 1

- Offer expiration date: 06-02-2012

- Your credit report will be updated with each payment made, and once you've completed your agreed-upon payments to settle the account, your credit report will be updated as 'Paid in Full'!

Current Balance: $3,647.81
Payment Due Date: 06-02-2012
Original Creditor:
HSBC Bank Nevada, N.A.
Original Account No.:
5440450051997611
Current Owner:
Midland Funding LLC
MCM Account No.:
8535726585

 **Call:** (800) 282-2644

 **Click:** www.midlandcreditonline.com

 **Mail:** Payment coupon below

*PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.*

---

**Payment Coupon for:**

Ellen A Gold
3790 El Camino Real # 200
Palo Alto, CA 94306-3314

**PAYMENT DUE:**
06-02-2012

Account: 8535726585

**Amount Enclosed:**

$ _____

☑ Yes, I want to reduce my past due bill with:

☐ OPTION 1
Make your payment by 06-02-2012 and receive 40% off

☐ OPTION 2
Make 6 monthly payments of $486.37 and receive 20% off

**If you're paying by check or money order:**
- Please make your check/money order payable to Midland Credit Management.
- Use the enclosed pre-paid envelope to send in your payment to:
PO Box 60578, Los Angeles CA 90060-0578

**If you'd like to pay with a credit or debit card:**
- Please call (800) 282-2644

**If you'd like to set up a different payment option**
- Please call (800) 282-2644. We can help you set up a monthly payment plan of as low as $50 each month to resolve this past due bill.

EXHIBIT
1

12 8535726585 0 0218869 060212 9

A124 ED01

Important Disclosure Information:

> Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

**MAIL PAYMENTS TO:** P.O. Box 60578, Los Angeles, CA 90060-0578

**MAIL CORRESPONDENCE BUT NO PAYMENTS TO:** MCM's business address at 8875 Aero Drive, Suite 200, San Diego, CA 92123

**We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law:**

**IF YOU LIVE IN CALIFORNIA, THIS APPLIES TO YOU:**
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or <http://www.ftc.gov>.

"Nonprofit credit counseling services may be available in the area."

**IF YOU LIVE IN COLORADO, THIS APPLIES TO YOU:**
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE
**WWW.COLORADOATTORNEYGENERAL.GOV/CA**

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Midland Credit Management has a Colorado office with the following address and toll-free number: 7807 East Peakview Avenue, Centennial, CO 80111-6849. Toll-free 1-866-796-8300.

**Only physical in-person payments may be accepted at this office location. All payments made via mail should be sent to the following address:** P.O. Box 60578, Los Angeles, CA 90060-0578

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU:**
NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POST MARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO MIDLAND CREDIT MANAGEMENT, INC.

**IF YOU LIVE IN MINNESOTA, THIS APPLIES TO YOU:** This collection agency is licensed by the Minnesota Dept. of Commerce.

**IF YOU LIVE IN NEW YORK CITY, THIS APPLIES TO YOU:** New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, and #3777. Midland Credit Management, Inc. 8875 Aero Drive, Suite 200, San Diego, CA 92123

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**IF YOU LIVE IN UTAH, THIS APPLIES TO YOU:** As required by Utah law, you are hereby notified that a negative report on your credit record may be submitted to a credit reporting agency if you fail to meet the terms of your credit obligations.

**IF YOU LIVE IN WYOMING, THIS APPLIES TO YOU:** As required by law, you are hereby notified that a negative report on your credit record may be submitted to a credit reporting agency if you fail to meet the terms of your credit obligations.



Call 800-282-2644 and find
out how we can help you.

Learn more about our services online at
www.midlandcreditonline.com

©2010 Midland Credit Management  All rights reserved.    ED-IN01

# Why paying your bills is so important to a good credit report

Your credit score is key to getting the credit you need throughout life.



## Having a good credit report is important when you want to:

- Rent or buy a home – Landlords and mortgage companies may review your credit report to see if you have an established behavior of making your payments on time every month.

- Set up utilities or phone service – A good credit history may be required for services like cable, water, phone or gas and electric.

- Apply for a credit card – Access to the convenience and spending power that comes with a credit card may depend on your credit history.

- Get a loan – When you need a mortgage or personal loan, financial institutions may base their decision on your credit history.

- Start a business – Your credit history may help you get financing to start a business.

## We can help you get your finances back on track. Call us at 800-282-2644.

## How your credit score is calculated

Lenders review your credit score to get a snapshot of your credit risk. These five criteria are used to calculate your FICO credit score:



*Payment history counts for 35% of your score. Paying bills on time has a positive influence on your score.*

35% Your payment history | 30% What you owe | 15% Length of credit history | 10% New credit | 10% Type of credit

1) Your payment history – Whether or not you've made on-time payments has the most impact on your score.

2) What you owe – Owing a lot or being near your credit limit on multiple accounts negatively impacts your score.

3) Length of your credit history – Reviewers want to see you can responsibly manage credit accounts over time.

3) New credit – Opening multiple new credit accounts can be a greater risk for lenders.

5) Types of credit – A balanced mix of different types of credit can help improve your score.

*Source: myFICO.com*

