1  Fred W. Schwinn (SBN 225575)
   Raeon R. Roulston (SBN 255622)
2  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 1014
3  San Jose, California  95113-2418
   Telephone Number: (408) 294-6100
4  Facsimile Number: (408) 294-6190
   Email Address: fred.schwinn@sjconsumerlaw.com
5

6  O. Randolph Bragg (Pro Hac Vice)
   HORWITZ, HORWITZ & ASSOCIATES, LTD.
7  25 East Washington Street, Suite 900
   Chicago, Illinois  60602-1716
8  Telephone Number: (312) 372-8822
   Facsimile Number: (312) 372-1673
9  Email Address: rand@horwitzlaw.com

10 Attorneys for Plaintiff
   ELLEN ANNETTE GOLD
11

12              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                          SAN JOSE DIVISION

14 | ELLEN ANNETTE GOLD, on behalf of | Case No. 5:13-CV-02019-BLF |
15 | herself and all others similarly situated, | |
   | | **REQUEST FOR JUDICIAL NOTICE IN** |
16 | Plaintiff, | **SUPPORT OF PLAINTIFF'S MOTION TO** |
   | v. | **COMPEL FURTHER DISCOVERY** |
17 | | **RESPONSES** |
18 | MIDLAND CREDIT MANAGEMENT, | |
   | INC., a Kansas corporation; and | **[Fed. R. Evid. 201(b)]** |
19 | MIDLAND FUNDING, LLC, a Delaware | |
   | limited liability company, | Hearing Date:    July 10, 2014 |
20 | | Hearing Time:    9:00 a.m. |
   | Defendants. | Hearing Judge:   Beth Labson Freeman |
21 | | Hearing Courtroom: 3, 5th Floor |
   | | Hearing Place:   280 South First Street |
22 | | San Jose, California |

23     Plaintiff, ELLEN ANNETTE GOLD, hereby requests that this Court take judicial notice,
24 pursuant to Federal Rule of Evidence 201(b)(2) of the documents listed below.
25
26                                  **PUBLIC DOCUMENTS**

27     A court may take judicial notice of facts that "can be accurately and readily determined from
28

- 1 -

REQUEST FOR JUDICIAL NOTICE                                    Case No. 5:13-CV-02019-BLF

sources whose accuracy cannot reasonably be questioned."[1]  Furthermore, judicial notice may be taken of facts provided for on websites.[2]  Pursuant to these authorities, Plaintiff seeks judicial notice of facts available on the following websites:

1. Encore Capital Group, Inc.'s, "Executive Leadership Team" found online at: http://www.encorecapital.com/about/management-team, a screenshot of which is attached hereto as Exhibit "H;"

2. "About" the Consumer Credit Research Institute, found online at: http://www.encoreccri.org/about-the-institute/staff-and-collaborators, a screenshot of which is attached hereto as Exhibit "I;" and

3. "Meet our Scientists" found at: http://www.encoreccri.org/about-the-institute, a screenshot of which is attached hereto as Exhibit "J."

CONSUMER LAW CENTER, INC.

Dated:  June 5, 2014          By: /s/ Fred W. Schwinn
                                                            Fred W. Schwinn, Esq.
                                                            Attorney for Plaintiff
                                                            ELLEN ANNETTE GOLD

---

[1]  Fed. R. Evid. 201(b)(2).

[2]  *Matthews v. National Football League Management Council*, 688 F.3d 1107, 1113, n. 5 (9th Cir. 2012) (taking notice of statistics available on National Football League's website).  *See also Gent v. Cuna Mut. Ins. Soc'y*, 611 F.3d 79, 84, n. 1 (1st Cir. 2010) (taking judicial notice of facts found on Center for Disease Control website); *Lodge v. Kondaur Capital Corp.*, ___ F.3d ___, 2014 U.S. App. LEXIS 8632 at *28 (11th Cir. May 8, 2014) (noting that a court "may" take judicial notice of a website if a screenshot and web address are provided); *Laborers' Pension Fund v. Blackmore Sewer Constr., Inc.*, 298 F.3d 600, 607 (7th Cir. 2002) (taking judicial notice of information from the FDIC's official website); *In re BearingPoint, Inc. Sec. Litig.*, 232 F.R.D. 534, 540 n.9 (E.D. Va. 2006) (allowing judicial notice of statements on a website); *Town of Southold v. Town of E. Hampton*, 406 F. Supp. 2d 227, 232 n.2 (E.D.N.Y. 2005) ("This Court may take judicial notice of the contents of a website assuming . . . it is capable of accurate and ready determination." (citation & internal quotation marks omitted)).