UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN ANNETE GOLD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.,<br><br>　　　　Defendants. | Case No.  13-cv-02019-BLF   (MEJ)<br><br>**ORDER RE: MOTION TO COMPEL**<br><br>Re: Dkt. No. 55 |

On June 5, 2014, Plaintiff Ellen Annete Gold filed a Motion to Compel Further Discovery Responses and Production of Documents and Electronically Stored Information.  Dkt. No. 55.  Plaintiff's Motion is DENIED WITHOUT PREJUDICE.  The parties shall comply with the undersigned's Discovery Standing Order.

**IT IS SO ORDERED.**

Dated: June 10, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge