1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  JEFFREY A. TOPOR (SBN 195545)
   jtopor@snllp.com
3  LIANA MAYILYAN (SBN 295203)
   lmayilyan@snllp.com
4  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
5  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
6  Facsimile: (415) 352-2625

7  Attorneys for Defendants
   Midland Credit Management, Inc.
8  and Midland Funding, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLEN ANNETE GOLD, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; and MIDLAND FUNDING, LLC, a Delaware limited liability company,<br><br>       Defendants. | CASE NO.: 5:13-cv-02019-BLF-MEJ<br><br>[PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE RE MOTIONS FOR SUMMARY JUDGMENT AND PRETRIAL SCHEDULE |

The Court, having reviewed the stipulation of the parties, and good cause appearing, it his hereby ORDERED as follows:

1. The parties shall file their dispositive motions on October 30, 2014;
2. The parties shall file their opposition to dispositive motions on November 20, 2014;
3. The parties shall file reply memoranda to dispositive motions on December 4, 2014;
4. The hearing on the parties' summary judgment motions shall be held on ~~December 18, 2014 at 9:00 a.m., or such other date and time convenient to the Court;~~ January 8, 2015 at 9:00 a.m.;
5. The Final Pretrial Conference shall be held on March 26, 2015 at 2:30 p.m.; and,
6. The Trial shall commence on April 6, 2015 at 9:00 a.m.

SO ORDERED.

DATED: July 31, 2014

*[signature]*

The Honorable Beth Labson Freeman
United States District Judge

GOLD, ET AL. v. MIDLAND CREDIT MANAGEMENT, INC., ET AL.  (CASE NO.: 5:13-cv-02019-BLF-MEJ)
[PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE RE MOTIONS FOR SUMMARY JUDGMENT AND PRETRIAL SCHEDULE

1