UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLEN ANNETE GOLD,

    Plaintiff,

  v.

MIDLAND CREDIT MANAGEMENT, INC., et al.,

    Defendants.

Case No. 13-cv-02019-BLF   (MEJ)

**DISCOVERY ORDER**

Re: Dkt. No. 69

Pending before the Court is the parties' Joint Discovery Dispute Letter No. 3, filed August 4, 2014. Dkt. No. 69. In the joint letter, Plaintiff Ellen Gold seeks clarification of the Court's two recent Discovery Orders issued on July 9, 2014 (Dkt. Nos. 64 and 65). In accordance with this request, the Court clarifies its previous orders as follows.

Regarding Docket No. 64, MCM shall provide to Plaintiff, no later than fourteen days before the Rule 30(b)(6) deposition, responses to Interrogatory Nos. 1 and 2, and Request for Production of Documents No. 13. At the same time it serves its responses, MCM shall also provide the name, address and job title of the witness(es) MCM intends to produce.

Regarding Docket No. 65, MCM shall present a knowledgeable witness for deposition in San Jose, California. As set forth in its previous Order, MCM breached its duty to make a conscientious, good-faith effort to designate a knowledgeable person for its Rule 30(b)(6) deposition and to prepare its deponent to fully and unevasively answer questions about the designated subject matter. Dkt. No. 65 at 6. When it became apparent that deponent Ross could not provide knowledgeable testimony, MCM had a duty to designate an additional knowledgeable deponent, which it refused to do. *Id*. Accordingly, it would be manifestly unfair to reward MCM's bad faith by requiring Plaintiff to travel to San Diego a second time.

**IT IS SO ORDERED.**

Dated: August 11, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge