1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| ELLEN ANNETE GOLD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; and MIDLAND FUNDING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 5:13-CV-02019-BLF-MEJ<br><br>[PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DATE |
|---|---|

The parties have stipulated and requested to continue the mediation completion date in this action.  Good cause being shown, the mediation completion date is hereby changed to December 12, 2014.

IT IS SO ORDERED.

DATED: August 22, 2014				By: _____
						HON. BETH LABSON FREEMAN
						UNITED STATES DISTRICT JUDGE

GOLD, ET AL. v. MIDLAND CREDIT MANAGEMENT, INC., ET AL.  (CASE NO.: 5:13-cv-02019-BLF-MEJ)
[PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DATE