UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELLEN ANNETE GOLD,<br><br>    Plaintiff,<br><br>  v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-02019-BLF<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF; STRIKING OVERLENGTH BRIEF; DIRECTIONS TO PLAINTIFF**<br><br>[Re: ECF 85] |

    Plaintiff's Administrative Motion for Permission to File Overlength Brief, ECF 85, is DENIED.  Plaintiff's concurrently filed 32-page Motion for Summary Judgment is STRICKEN for failure to comply with Civil Local Rule 7-2.

    Plaintiff shall file a revised brief complying with the local rule page limits **by 5:00 p.m. on November 4, 2014**.  All citations must be in-line with the text.

    Defendant's response to Plaintiff's Motion for Summary Judgment shall be due on or before November 24, 2014, and Plaintiff's reply is due on or before December 8, 2014.

    **IT IS SO ORDERED.**

Dated: October 31, 2014

_____
BETH LABSON FREEMAN
United States District Judge