UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELLEN ANNETE GOLD,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-02019-BLF<br><br>**ORDER REQUESTING STATUS OF CLASS NOTIFICATION** |

On October 7, 2014, this Court certified a class pursuant to Federal Rule of Civil Procedure 23(b)(3).  In light of the recently filed motions for summary judgment, the parties are hereby ordered to provide the Court with a joint statement to be filed **no later than November 13, 2014** regarding the status of class identification and notice.  The joint statement should address:

1. The proposed schedule for class notification and period of opt-out;
2. The proposed content of the class notice—to the extent the parties have agreed on a notice, they may submit the proposed notice to the Court for review;
3. The desirability of completing notice and opt-out before this Court renders a decision on the motions for summary judgment;
4. The likelihood that the notice and opt-out period can be concluded before the January 8, 2015 hearing on the parties' respective motions for summary judgment; and
5. Whether the parties require a further case management conference with the Court.

**IT IS SO ORDERED.**

Dated: October 31, 2014

                                            BETH LABSON FREEMAN
                                            United States District Judge