UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELLEN ANNETE GOLD,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-02019-BLF<br><br>**ORDER AFTER SUMMARY JUDGMENT** |

In light of the accompanying ruling on the parties' motions for summary judgment, the Court VACATES the trial and pretrial dates set in the Court's scheduling order at ECF 68.

**By March 24, 2015**, each side shall submit a statement of **no more than five (5) pages** addressing each's position regarding the decertification of the class certified on October 7, 2014. If the parties agree that the class should be decertified, they are welcome to instead submit a stipulation to that effect.

**IT IS SO ORDERED.**

Dated: March 10, 2015

_____
BETH LABSON FREEMAN
United States District Judge